STATE of Missouri, Respondent,

v.

Vicki Boynton LAWRENCE, Appellant.

No. WD 51954.

Missouri Court of Appeals,
Western District.

Jan. 14, 1997.

Lew Kollas, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

The defendant appeals her conviction of felony criminal nonsupport, § 568.040, RSMo 1994. Affirmed. Rule 30.25(b).

Willie MITCHELL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 52476.

Missouri Court of Appeals,
Western District.

Jan. 14, 1997.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion following an evidentiary hearing. Affirmed. Rule 84.16(b).